UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DIANA SANDERS,

      Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

      Defendant.

CASE NO.: 24-cv-24428-KMW

**PLAINTIFF'S WITNESS LIST**

| PRESIDING JUDGE **Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld** **Matthias M. Hayashi** **Rosario K. Sorrentino** | DEFENDANT'S ATTORNEY **Curtis J. Mase** **William R. Seitz** **Eric M. Rice** **Charlotte A. Robinson** |
| TRIAL DATE(S) **February 23, 2026 through March 6, 2026** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
| 1 | | Live | 5.0 hours | | c/o Plaintiff's counsel | DIANA SANDERS Expected to testify regarding the circumstances surrounding, leading up to, and following the incident, her alleged injuries, and any other relevant matter as it pertains to her case. | (Any Evidence Produced by Plaintiff or Regarding Plaintiff) |
| 2 | | Live | 2.0 hours | | LR Toxicology 2479 SW 23rd terrace Miami, FL 33145 | Lisa Reidy, PHD (Expert) Dr. Lisa Reidy is an expert toxicologist. Dr. Reidy will testify regarding Plaintiff's toxicology (i.e., blood alcohol levels) and effects of same. Dr. Reidy's opinions will be based on her background, training, and experience as an expert toxicologist, hrt review of the pleadings, discovery, medical records, and any depositions taken in this matter. In addition, she may offer opinions based on additional medical records, other discoveries exchanged by the parties, and any pending deposition testimony. Dr. Reidy will testify consistently with her report and may provide rebuttal expert opinions concerning the opinions rendered by Defendant's expert(s), including but not limited to Dr. Buffington. | |
| 3 | | By Deposition | 2.0 hours | | 300 Montgomery St. Suite #204 San Francisco, CA 94104 | Samia Elshafie, LCSW (Hybrid Treater) Samia Elshafie is a licensed | |

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DIANA SANDERS,

     Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

     Defendant.

CASE NO.: 24-cv-24428-KMW

**PLAINTIFF'S WITNESS LIST**

| PRESIDING JUDGE **Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld** **Matthias M. Hayashi** **Rosario K. Sorrentino** | DEFENDANT'S ATTORNEY **Curtis J. Mase** **William R. Seitz** **Eric M. Rice** **Charlotte A. Robinson** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TRIAL DATE(S) **February 23, 2026 through March 6, 2026** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | | clinical social workder who examined and treated Plaintiff. Elshafie will testify regarding her medical examination and treatment of Plaintiff and review of medical records, testimony, pleadings, and discovery in this case. She will testify regarding her medical examination, treatment, and review medical records, testimony, pleadings, and discovery in this case. Elshafie will testify consistently with her treatment records. She may offer opinions based on additional medical records. She will opine on Plaintiff's pre-existing medical conditions, any injuries allegedly sustained on the subject cruise, the cause of same, post-cruise medical care, the necessity of same, and any future care and disabilities of Plaintiff. Elshafie may provide rebuttal expert opinions concerning the opinions rendered by Defendant's expert(s), including but not limited to Dr. Calbeck and/or Dr. Kohrman. | |

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DIANA SANDERS,

    Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

    Defendant.

CASE NO.: 24-cv-24428-KMW

**PLAINTIFF'S WITNESS LIST**

| PRESIDING JUDGE **Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld** **Matthias M. Hayashi** **Rosario K. Sorrentino** | DEFENDANT'S ATTORNEY **Curtis J. Mase** **William R. Seitz** **Eric M. Rice** **Charlotte A. Robinson** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S) **February 23, 2026 through March 6, 2026** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| 4 | | Live | 0.5 hours | | **Kaiser Permanente Roseville Medical Offices - Riverside** location_city (916) 784-4050 *(+1 more)* • centralroiunit@kp.org 1011 Riverside Ave, Roseville, CA 95678 | Records/Bill Custodian (If Needed) To authenticate and/or establish an exception to hearsay if needed | |
| 5 | | Live | 0.5 hours | | **Minder Memory Center** location_city (855) 264-6337 *(+1 more)* • contact@mindermemory.com *(+1 more)* 415 Laurel Street 3030, San Diego, CA 92101 | Records/Bill Custodian (If Needed) To authenticate and/or establish an exception to hearsay if needed | |
| 6 | | Live | 0.5 hours | | **Two Chairs location_city (415) 202-5159 *(+1 more)* • selshafie@twochairs.com *(+2 more)* 300 Montgomery St. Suite #204, San Francisco, CA 94104** | Records/Bill Custodian (If Needed) To authenticate and/or establish an exception to hearsay if needed | |
| 7 | | Live | 0.5 hours | | **Z Chiropractic Clinic** location_city (916) 773-0999 1441 Secret Ravine Pkwy STE 140, Roseville, CA 95661 | Records/Bill Custodian (If Needed) To authenticate and/or establish an exception to hearsay if needed | |
| 8 | | By Deposition | 1.0 hour | | (Unknown, but Defendant Found Her, and Presumably Knows her Address) | Tyler Rhoades Davis This is the witness who found Plaintiff after her incident, and she is expected to testify regarding the circumstances following the incident. | |
| 9 | | Live | 1.0 hour | | 1049 Woodcrest Ct. Vacaville, CA 95688 | Jaymie Pond This is Plaintiff's sister, and she is expected to testify regarding Plaintiff's intoxication and damages. | |

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DIANA SANDERS,

    Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

    Defendant.

CASE NO.: 24-cv-24428-KMW

**PLAINTIFF'S WITNESS LIST**

| PRESIDING JUDGE **Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld Matthias M. Hayashi Rosario K. Sorrentino** | DEFENDANT'S ATTORNEY **Curtis J. Mase William R. Seitz Eric M. Rice Charlotte A. Robinson** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S) **February 23, 2026 through March 6, 2026** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| 10 | | Live | 1.0 hour | | 3916 Samuelson Way Sacramento, California 95824 | Patrick Sanders This is Plaintiff's son, and he is expected to testify regarding Plaintiff's intoxication and damages. | |
| 11 | | Deposition | 2.0 hours | | (Unknown, but Defendant Found Him, and Presumably Knows His Address) | Matthew Brown This is Plaintiff's fellow cruiser that she interacted with extensively while she was intoxicated, and he is expected to testify regarding Plaintiff's intoxication and damages. | |
| 12 | | Deposition | 2.0 hours | | 5621 San Vincente Way, North Highlands, CA | Michelle Willis Expected to testify regarding the circumstances surrounding, leading up to, and following the incident. | 5, 6, 10, 56, 58 |
| 13 | | Deposition | 1.5 hours | | 2844 Wright St., Apt. 56, Sacramento, CA 95821 | Sheena Willis Expected to testify regarding the circumstances surrounding, leading up to, and following the incident. | 5, 6, 11, 15, 55 |
| 14 | | Deposition | 1.0 hours | | c/o Defendant's counsel | ACSO Dinto Davis Expected to testify regarding the circumstances surrounding, leading up to, and following the incident, including the investigation of the incident. | 3-6, 15, 51 |
| 15 | | Deposition | 45 minutes | | c/o Defendant's counsel | SO Rupesh Bhosale Expected to testify regarding the circumstances | 3-6, 15 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DIANA SANDERS,

      Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

      Defendant.

CASE NO.: 24-cv-24428-KMW

**PLAINTIFF'S WITNESS LIST**

| PRESIDING JUDGE **Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld** **Matthias M. Hayashi** **Rosario K. Sorrentino** | DEFENDANT'S ATTORNEY **Curtis J. Mase** **William R. Seitz** **Eric M. Rice** **Charlotte A. Robinson** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S) **February 23, 2026 through March 6, 2026** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | | surrounding, leading up to, and following the incident, including the investigation of the incident. | |
| 16 | | Deposition | 1.5 hours | | c/o Defendant's counsel | I Putu Suastika, Bartender Expected to testify regarding the circumstances surrounding, leading up to, and following the incident. | 6-9 |
| 17 | | Deposition | 1.5 hours | | c/o Defendant's counsel | I Gusti Widarmayoga, Bartender Expected to testify regarding the circumstances surrounding, leading up to, and following the incident. | 6-9 |
| 18 | | Live | 2.0 hours | | 3655 Northwest 87th Avenue, Miami, FL 33178 | Suzanne Vazquez Expected to testify regarding the circumstances surrounding the incident, as well as the events leading up to and following same, including issues of liability and damages. | (Any Evidence Produced by Defendant or Regarding Defendant) |
| | | | | | | Any and all medical care providers and/or records custodians from all of Plaintiff's treating physicians, both before and after the alleged incident. | |
| | | | | | | Any and all witnesses identified in discovery responses and documents produced during discovery in this matter. | |

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DIANA SANDERS,

    Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

    Defendant.

CASE NO.: 24-cv-24428-KMW

**PLAINTIFF'S WITNESS LIST**

| PRESIDING JUDGE **Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld** **Matthias M. Hayashi** **Rosario K. Sorrentino** | DEFENDANT'S ATTORNEY **Curtis J. Mase** **William R. Seitz** **Eric M. Rice** **Charlotte A. Robinson** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S) **February 23, 2026 through March 6, 2026** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | | Impeachment and rebuttal witnesses, the need for which arises. | |
| | | | | | | Witnesses identified by Defendant. | |

6