UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 24-24428-CV

DIANA SANDERS,

     Plaintiff,

vs.

CARNIVAL CORPORATION,

     Defendant.

_____/

## VERDICT FORM

We, the jury, return the following verdict:

1.     Do you find, by the greater weight of the evidence, that Carnival was negligent—by virtue of its bartenders overserving alcohol to Plaintiff Diana Sanders—and that such negligence was a legal cause of a physical injury or impact, which caused emotional damage to Plaintiff?

     YES    ✓           NO _____

If your answer to question number one is "NO," your verdict is for Carnival, and you should not proceed further except to sign and date this verdict form and return it to the Courtroom. If your answer to question number one is "YES," please proceed to question number two.

2.     Do you find, by the greater weight of the evidence, that Diana Sanders was negligent, and that such negligence was a legal cause of her own loss, injury, or damage?

     YES    ✓           NO _____

If "YES," what percentage of Plaintiff's injury was caused by:

Carnival _____ 60 %

Diana Sanders _____ 40 %

**Note: Total Must Equal 100%**

3.      What is total amount of Diana Sanders' damages? DO NOT calculate any comparative negligence or reduction or percentage that you noted in response to any previous question. The Court will apply any percentage that you apportioned to the total.

Emotional pain, suffering, and mental anguish, in the past:

$ 300,000 _____

4.      Do you find that a portion of the emotional damages found in question three existed before the cruise and were aggravated by the fall down the staircase?

YES ___✓___          NO _____

If your answer to question four is "NO," then stop. If your answer to question four is "YES," please proceed to question five.

2

5.      What portion of the emotional damages were caused by that aggravation?

Aggravation                                          75 %

Pre-existing                                          25 %

If you are unable to determine the portion, then you should award damages for the entire condition suffered by the Plaintiff.

**SO SAY WE ALL**, Dated: ____4/10/26____ .

_____
Foreperson (Please sign)

_____
Foreperson (Please print)

3