UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24428-KMW

Diana Sanders

v.

Carnival Cruise line

## JURY NOTES / QUESTION

We need michelle's Depo.

Thank you

Here is Michelle Willis' deposition.

KMW

DATE: 04-10-26      FOREPERSON:

WHEN TRIAL CONCLUDES, RETURN ALL NOTES AND RESPONSES TO THE CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24428-KMW

D. S.

v.

CARNIVAL CORP MIAMI DIV

_____/

**JURY NOTES / QUESTION**

We have a verdict

DATE: 4/10/2026          FOREPERSON:_____

**WHEN TRIAL CONCLUDES, RETURN ALL NOTES AND RESPONSES TO THE CLERK**